ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    :
                                            :    ORDER
            -v-                             :    07 Cr. 710
                                            :
SIDNEY WILLIAMS and                         :
NICOLE PRIESTLEY,                           :
                                            :
                                            :
            Defendants.                     :
                                            :
- - - - - - - - - - - - - - - - - - - - - - X

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Marissa Molé;

     IT IS HEREBY ORDERED that the Indictment in the above-captioned action be unsealed since SIDNEY WILLIAMS, one of the defendants in the action, has been arrested and is being presented and arraigned under the above-listed Indictment.

Dated: New York, New York
      August 28, 2007

_____
UNITED STATES MAGISTRATE JUDGE

Debra Freeman
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 8 2007