# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
against
_Nicole Priestly_

(Alias) _____

Please PRINT Clearly

DOCKET NO. ASSIGNED: 07 CRIM 710 (DAB)
JUDGE OR MAGISTRATE JUDGE

## NOTICE OF APPEARANCE

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA   2. [X] RETAINED   3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. _8/11_ YR. _1975_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
9/28/07

SIGNATURE
PRINT THE FOLLOWING INFORMATION CLEARLY
_Robert Weinstein_
Attorney for Defendant

Firm name if any
Street address: _350 Broadway, 10th Fl_
City: _NY_   State: _NY_   Zip: _10013_
Telephone No: _(212) 966-5333_

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186