```
USDC SDNY
DOC...
ELE...       ...LY FILED
DOC ...
DATE FILED: Nov. 19 2007
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2007

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Sidney Williams et. al.,</u>
             07 Cr. 710 (DAB)

Dear Judge Batts:

    A pre-trial conference was previously set in the above-referenced case for November 20, 2007 at 4:30 p.m. The Court has now rescheduled that conference for Monday, January 7, 2008 at 10:30 a.m.   [GRANTED /DAB/]

    Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date. The Government has produced discovery to the defense counsel, who are reviewing it, and is having discussions about the possibility of dispositions with counsel. Robert Weinstein, Esq. has no objection to the exclusion. The Government has not yet been able to confer with Louis Freeman, Esq. about this new date (although a voicemail message was left informing him of the change).

[Handwritten note: Received fax from Attny Freeman who consents to exclusion.]

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Marina Molé*
Marissa Molé
Assistant United States Attorney
(212) 637-2275

cc: Robert Weinstein, Esq.
     Louis Freeman, Esq.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE   Nov. 19, 2007

TOTAL P.02