



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:    United States v. Sidney Williams et. al.,**
> **07 Cr. 710 (DAB)**

Dear Judge Batts:

A pre-trial conference has been set in the above-referenced case for Monday, January 7, 2008, at 10:30 a.m. However, there have been on-going discussions in this case regarding a possible disposition.

The Government therefore respectfully requests that the pre-trial conference be postponed until early February, and that time be excluded until then in order for the parties to continue their discussions and/or review discovery and determine if there will be any motions. Defense counsel for both defendants have no objection to this request.

*GRANTED*
*UNTIL*
*FEB. 11,*
*2008 at*
*11:30 A.M.*

*/DAB/*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marissa Molé
Assistant United States Attorney
(212) 637-2275

cc:    Robert Weinstein, Esq.
       Louis Freeman, Esq.

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
JAN 4, 2008