U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

April 11, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

*MEMO ENDORSED*

**Re:**    **United States v. Sidney Williams et. al.,**
       **07 Cr. 710 (DAB)**    *T. NICOLE PRIESTLEY*

Dear Judge Batts:

A pre-trial conference has been set in the above-referenced case for April 21, 2008 at 10:30 a.m.  However, there have been on-going discussions in this case regarding a possible disposition.

The Government therefore respectfully requests that the pre-trial conference be postponed for 30 days, and that time be excluded until then in order for the parties to continue their discussions and/or review discovery and determine if there will be any motions.  Defense counsel Robert Weinstein, Esq. and Louis Freeman, Esq. have no objection to the exclusion.

*GRANTED UNTIL JUNE 2, 2008 /DAB/*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

*MEMO ENDORSED*

By: _Marissa Mole_
Marissa Mole
Assistant United States Attorney
(212) 637-2275

cc:    Robert Weinstein, Esq.
       Louis Freeman, Esq.

**SO ORDERED**

_Deborah A. Batts_
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
4/11/08

**MEMO ENDORSED**