

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECT...
DAT... 29 May 08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2008

**BY FACSIMILE**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: <u>United States v. Sidney Williams et. al.</u>,
07 Cr. 710 (DAB)

Dear Judge Batts:

A pre-trial conference has been set in the above-referenced case for June 2, 2008. However, there have been on-going discussions in this case regarding a possible disposition.

The Government therefore respectfully requests that the pre-trial conference be postponed for 30 days, and that time be excluded until then in order for the parties to continue their discussions and/or review discovery and determine if there will be any motions. Defense counsel Robert Weinstein, Esq. and Louis Freeman, Esq. have no objection to the exclusion.

GRANTED
TO
JULY 7,
2008 at
11:00 AM
/DAB/

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Marissa Molé
Marissa Molé
Assistant United States Attorney
(212) 637-2275

cc: Robert Weinstein, Esq.
Louis Freeman, Esq.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
5/29/08

TOTAL P.02